Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
951-769-1268
Paulhupp@sdsualumni.org
In Propria Persona

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Paul Hupp,

    Plaintiff,

v.

United States Department Of Education,
Educational Credit Management Corporation,
United Student Aid Funds, Inc.
  A/K/A USAFunds, Inc.
Roes 1-10,
Individually, Jointly, Jointly and Severally,

    Defendants.

) Case No.: CV-09- 02052 PA (AGRx)
)
)
)
)
) **PLAINTIFF PAUL HUPP'S REPLY TO**
) **COURT'S 5-06-09 ORDER TO SHOW**
) **CAUSE ON WHY PLAINITFF SHOULD**
) **NOT BE REQUIRED TO GET PRIOR**
) **APPROVAL OF A UNITED STATES**
) **DISTRICT JUDGE PRIOR TO**
) **COMMENCING ANY FURTHER**
) **ACTION AGAINST THE NAMED**
) **DEFENDANTS**
)
)

Hearing:
Date:
Time:
Courtroom: 15
Hon.: P. Anderson

I.
Introduction

    Plaintiff Paul Hupp ("Plaintiff/Mr. Hupp") hereby responds to this Court's May 6, 2009 Order to Show Cause why Mr. Hupp should not be required to get prior approval before commencing any action against named defendant's similar to those alleged in this case.

///

## II.
## Argument

Once again Plaintiff addresses this courts erroneous ruling regarding res judicata, except this time in relation to getting prior approval from a U.S. District Court judge.

The claims Plaintiff raised are not res judicata, and the court has made nothing more than unsupported conclusory statements that they are.

This case is under appeal and this court should not enter any orders until the Court of Appeals has had a chance to review this court's ruling.

## III.
## Conclusion

Plaintiff requests no further orders from this Court be entered in this case until Plaintiff has had a full and fair opportunity to have his case reviewed by the Court of Appeals.

Respectfully submitted.

Dated this 20th day of May, 2009

/s/ Paul Hupp
Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223
951-769-1268
Paulhupp@sdsualumni.org
*In Propria Persona*

## **DECLARATION OF SERVICE**

I, Aristea Hupp, declare the following;

1. I am over 18 years of age,
2. I am not a party to this action,
3. My address is P.O. Box 91 Solana Beach, CA. 92075
4. I served a true and correct copy of THE FOLLOWING;

    Plaintiff Paul Hupp's

        1- **PLAINTIFF PAUL HUPP'S REPLY TO COURT'S 5-06-09 ORDER TO SHOW CAUSE ON WHY PLAINITFF SHOULD NOT BE REQUIRED TO GET PRIOR APPROVAL OF A UNITED STATES DISTRICT JUDGE PRIOR TO COMMENCING ANY FURTHER ACTION AGAINST THE NAMED DEFENDANTS**

    ADDRESSED TO;

| | |
|---|---|
| United States District Court-Civil Clerk<br>312 N. Spring Street,<br>Room G-8<br>Los Angeles, CA. 90012 | |
| | |
| | |
| | |

By placing said document into the United States Postal Service at Beaumont, CA. with the postage fully prepaid on;

Wednesday, May 20, 2009

EXECUTED ON:
Wednesday, May 20, 2009

I declare under penalty of perjury of the laws of the State of California and the United States that the forgoing is true and correct.
Declarant-Aristea Hupp_____ /s/ Aristea Hupp

Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA. 92223

SAN BERNARDINO CA 924
21 MAY 2009 PM 1 3

MAY 22 2009

United States District Court-Civil Clerk
312 N. Spring Street,
Room G-8
Los Angeles, CA. 90012

90012+2035