**FILED**

OCT 16 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL HUPP,<br><br>　　　　Plaintiff - Appellant,<br><br>v.<br><br>EDUCATIONAL CREDIT<br>MANAGEMENT CORPORATION; et al.,<br><br>　　　　Defendants - Appellees,<br><br>and<br><br>UNITED STATES DEPARTMENT OF<br>EDUCATION,<br><br>　　　　Defendant. | No. 09-55808<br><br>D.C. No. 2:09-cv-02052-PA-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Before: CANBY, THOMAS and IKUTA, Circuit Judges.

Appellant's petition for rehearing en banc, construed as a motion for reconsideration en banc of the court's July 28, 2009 order, is denied on behalf of the full court. *See* Ninth Circuit General Orders 6.11.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

SVG/Pro Se